**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. __________** |
| | § | |
| **v.** | § | **Removed from the** |
| | § | **County Court at Law No. 2** |
| | § | **Dallas County, Texas** |
| **MICHAEL SHANE SWANSON,** | § | |
| | § | **Dallas County Cause** |
| **Defendant.** | § | **No. CC-26-01452-B** |
| | § | |

## NOTICE OF REMOVAL OF ACTION

PLEASE TAKE NOTICE that, subject to and without waiving his right to challenge the Court's personal jurisdiction over him, Defendant Michael Shane Swanson ("Defendant") hereby removes this matter from County Court at Law No. 2 of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division pursuant to 28 U.S.C. § 1332. In support of this removal, Defendant states as follows:

1. On February 19, 2026, Plaintiff Rachel Beth Polka ("Plaintiff"), a citizen of Texas, filed an Original Petition ("Petition") in County Court at Law No. 2 of Dallas County, Texas, Cause No. CC-26-01452-B, against Defendant, a citizen of Minnesota. In her Petition, Plaintiff alleges that Defendant, as trustee of the Rachel Beth Polka Revocable Trust ("Trust"), withheld from Plaintiff certain critical information regarding the Trust, misappropriated certain cash assets of the Trust, and ultimately, failed to act in Plaintiff's best interest. On that basis, Plaintiff, as a beneficiary of the Trust, demands an accounting pursuant to Sections 113.151–52 of the Texas Property Code, requests for relief pursuant to Section 114.008 of the Texas Property Code, and alleges a breach of fiduciary duty claim. Relying on the above allegations

and claims, Plaintiff seeks, inter alia, monetary relief exceeding $1,000,000.

## TIMELINESS OF REMOVAL

2. This Notice of Removal is timely because it was filed within thirty (30) days after Defendant received or was served with the Petition, as required by 28 U.S.C. § 1446(b).

3. Indeed, as it relates to this action, the Affidavit of Service states that Defendant was served with process through the Texas Secretary of State on February 27, 2026. A copy of the Affidavit of Service is attached to this Notice of Removal as Exhibit F. Defendant first received a copy of the Petition on March 19, 2026. Defendant did not receive notice of the action or any service of a summons or the Petition prior to March 19, 2026.

4. This action is removable to this Court, as the federal district and division embracing the place where the state court action is pending. *See* 28 U.S.C. § 1441(a).

5. Copies of all process, pleadings, and orders related to this action and filed in County Court at Law No. 2 of Dallas County, Texas, are attached to this Notice of Removal as Exhibits A–F in accordance with 28 U.S.C. § 1446(a) and Local Rule 81.

6. Defendant files this Notice of Removal without waiving any defenses, exceptions, or obligations that may exist in his favor in either state or federal court, including but not limited to objections to standing and personal jurisdiction.

## REMOVAL IS PROPER BASED ON DIVERSITY JURISDICTION

7. This action is one in which this Court has original subject matter jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of a state and citizens or subjects of a foreign state, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

**A. The Action is Between Citizens of Different States**

8. The diversity requirement of 28 U.S.C. § 1332(a) is satisfied when an action is between citizens of a state and citizens or subjects of a foreign state. *See* 28 U.S.C. § 1332(a)(2).

9. At the time of the Petition, Plaintiff claimed to be an individual residing in Dallas County, Texas. Upon information and belief, Plaintiff is a Texas citizen and is not a citizen of any other state.

10. Defendant, on the other hand, is an individual residing in Minnesota, as also alleged in the Petition. Defendant is domiciled in Minnesota and is therefore a citizen of Minnesota. Defendant is not a citizen of any other state.

**B. The Amount in Controversy Exceeds $75,000**

11. In the Petition, Plaintiff alleges damages against Defendant for more than $1,000,000, which is well in excess of $75,000, exclusive of interest and costs, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a).

12. Thus, this action is properly removed based on diversity jurisdiction.

## NOTICE TO STATE COURT AND PLAINTIFF

13. Defendant will promptly file a copy of this Notice of Removal with the Clerk of County Court at Law No. 2 of Dallas County, Texas, pursuant to 28 U.S.C. § 1446(d).

14. Defendant has served written notice on opposing counsel of the filing of the Notice of Removal, and copies of this Notice of Removal have been served on opposing counsel pursuant to 28 U.S.C. § 1446(d).

15. Defendant's removal and filing of the Notice of Removal does not constitute a waiver of (a) personal jurisdiction; or (b) any other defenses that may be available to Defendant. Defendant will timely file responsive pleadings, as required by Federal Rule of Civil Procedure

81(c)(2)(C).

**Compliance with Northern District of Texas Local Rule 81**

16. Pursuant to Northern District of Texas Local Rule 81, Defendant furnishes the following information to the Clerk of the Court:

a. Civil cover sheet, state court docket, copy of all pleadings, answers, process, and orders, and an index of all documents that clearly identifies each document and indicates the date the document was filed in state court: *See* cover sheet and Exhibits A–F contemporaneously filed herewith.

b. List of all attorneys involved with contact information:

Michael Aigen, Texas Bar No. 24012196
michael.aigen@stinson.com
Matt Miller, Texas Bar No. 24013165
matt.miller@stinson.com
Steven Ovando, Texas Bar No. 24128862
steven.ovando@stinson.com
STINSON LLP
2200 Ross Avenue, Ste. 2900
Dallas, Texas 75201
Phone: 214-560-2201
Fax: 214-560-2203

*Counsel for Defendant*

Evan Lane (Van) Shaw, Texas Bar No. 18140500
David J. Welch, Texas Bar No. 24098593
Jeremy B. (Beau) Powell, Texas Bar No. 24099163
Shaw Welch Powell
2723 Fairmount St.
Dallas, Texas 75201
Phone: (214)754-7110
Fax: (214) 754-7115
van@shawlaw.net
david@shawlaw.net
beau@shawlaw.net
april@shawlaw.net

*Counsel for Plaintiff*

c. Name and address of Court from which this case was removed:

County Court at Law No. 2
George L. Allen, Sr. Courts Building
600 Commerce Street
Dallas, TX 75202

WHEREFORE, Defendant hereby gives notice that the above-referenced action now pending against him in the County Court at Law No. 2 of Dallas County, Texas has been removed to this Court.

Dated: March 23, 2026

Respectfully submitted,

**STINSON LLP**

*/s/ Michael Aigen*

Michael Aigen
State Bar No. 24012196
michael.aigen@stinson.com
Matt Miller
State Bar No. 24013165
matt.miller@stinson.com
Steven Ovando
State Bar No. 24128862
steven.ovando@stinson.com

2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: 214.560.2201
Telecopier: 214.560-2203

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, a copy of the foregoing document was filed electronically with the Court's CM/ECF filing system, and separately served by email upon:

Evan Lane (Van) Shaw
David J. Welch
Jeremy B. (Beau) Powell
Shaw Welch Powell
2723 Fairmount St.
Dallas, Texas 75201
Phone: (214)754-7110
Fax: (214) 754-7115
van@shawlaw.net
david@shawlaw.net
beau@shawlaw.net
april@shawlaw.net

*Counsel for Plaintiff*

*/s/ Michael Aigen*
Michael Aigen