**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. __________** |
| | § | |
| **v.** | § | **Removed from the** |
| | § | **County Court at Law No. 2** |
| | § | **Dallas County, Texas** |
| **MICHAEL SHANE SWANSON,** | § | |
| | § | **Dallas County Cause** |
| **Defendant.** | § | **No. CC-26-01452-B** |
| | § | |

## LOCAL RULE 81 INDEX


**Civil Cover Sheet …………………………………………………………………… Exhibit A**

**Supplemental Cover Sheet ……………………………………………………………… Exhibit B**

**Certificate of Interested Persons …………………………….…………………….. Exhibit C**

**State Court Docket …………………………………………………………….…… Exhibit D**

**Plaintiff's Original Petition (02/19/2026) ……………………………………….…. Exhibit E**

**Citation (02/20/2026) ………………………………………………………………. Exhibit F**

**Notice of Dismissal Docket (02/25/2026) ……………………………………..…. Exhibit G**

**Affidavit of Service (03/02/2026) ……………………………………………….... Exhibit H**