# EXHIBIT B

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| County Court at Law No. 2 Dallas County, Texas | CC-26-01452-B |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Plaintiff Rachel Beth Polka | Evan Lane (Van) Shaw, Texas Bar No. 18140500 |
| | Shaw Welch Powell; 2723 Fairmount St. Dallas |
| | Texas 75201 |
| Defendant Michael Shane Swanson | Michael Aigen, Texas Bar No. 24012196; Stinson LLP |
| | 2200 Ross Avenue Ste. 2900 Dallas, Texas 75201 |

3. **Jury Demand:**

Was a Jury Demand made in State Court? ☑ Yes ☐ No

If "*Yes,*" by which party and on what date?

Plaintiff Rachel Beth Polka — 2/19/2026

Party — Date

4. **Answer:**

Was an Answer made in State Court? ☐ Yes ☑ No

If "*Yes*," by which party and on what date?

______________________________ ______________________

Party Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| N/A | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Plaintiff, as a beneficiary of the a trust, demands an accounting pursuant to Sections 113.151–52 of the Texas Property Code, requests for relief pursuant to Section 114.008 of the Texas Property Code, and alleges a breach of fiduciary duty claim against Defendant, the trustee. |