# EXHIBIT D

## Case Information

CC-26-01452-B | RACHEL BETH POLKA vs. MICHAEL SHANE SWANSON

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-26-01452-B | County Court at Law No. 2 | BELLAN, MELISSA |
| File Date | Case Type | Case Status |
| 02/19/2026 | DEBT/CONTRACT | OPEN |

## Party

PLAINTIFF
POLKA, RACHEL BETH

Active Attorneys
Lead Attorney
SHAW, EVAN LANE
Retained

DEFENDANT
SWANSON, MICHAEL SHANE

## Events and Hearings

02/19/2026 NEW CASE FILED (OCA)

02/19/2026 ORIGINAL PETITION

PLAINTIFF'S ORIGINAL PETITION

02/19/2026 JURY DEMAND

02/20/2026 ISSUE CITATION

ISSUE CITATION

Comment
SOS-ENV#111574998

02/20/2026 CITATION (SERVICE)

Unserved

Anticipated Server
ATTORNEY

Anticipated Method

03/02/2026 RETURN OF SERVICE

RETURN OF SERVICE

Comment
MICHAEL SHANE SWANSON

03/09/2026 VACATION LETTER

08/12/2026 DISMISSAL HEARING

*CCL2 Y LTR

Judicial Officer
BELLAN, MELISSA

Hearing Time
9:00 AM

## Financial

POLKA, RACHEL BETH

| | |
|---|---|
| Total Financial Assessment | $358.00 |
| Total Payments and Credits | $358.00 |

| | | | | |
|---|---|---|---|---|
| 2/19/2026 | Transaction Assessment | | | $358.00 |
| 2/19/2026 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2026-02164 | POLKA, RACHEL BETH | ($221.00) |
| 2/19/2026 | STATE CREDIT | | | ($137.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION

*CCL2 Y LTR

RETURN OF SERVICE