# EXHIBIT F

# THE STATE OF TEXAS
# CITATION

CAUSE NO. **CC-26-01452-B**
County Court at Law No. 2
Dallas County, Texas

**TO:**

**MICHAEL SHANE SWANSON**
**SERVE THROUGH THE SECRETARY OF STATE**
**STATE OF TEXAS AUSTIN TEXAS**
**CITATION UNIT**
**P O BOX 12079**
**AUSTIN TX 78711-2079**

**MICHAEL SHANE SWANSON**
**50 S 6TH ST., SUITE 2600**
**MINNEAPOLIS MN 55042**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**RACHEL BETH POLKA**
***Plaintiff(s)***

**VS.**

**MICHAEL SHANE SWANSON**
***Defendant(s)***

filed in said Court on the 19th day of February, 2026, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 20th day of February, 2026 A.D.

JOHN F. WARREN, Dallas County Clerk

By Sonya Harris, Deputy
Sonya Harris

COUNTY COURT OF DALLAS COUNTY, TEXAS

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**

**CC-26-01452-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

RACHEL BETH POLKA, ***Plaintiff(s)***

**VS.**

MICHAEL SHANE SWANSON, ***Defendant(s)***

**SERVE:**

**MICHAEL SHANE SWANSON**
**SERVE THROUGH THE SECRETARY OF STATE**
**STATE OF TEXAS AUSTIN TEXAS**
**CITATION UNIT**
**P O BOX 12079**
**AUSTIN TX 78711-2079**

**MICHAEL SHANE SWANSON**
**50 S 6TH ST., SUITE 2600**
**MINNEAPOLIS MN 55042**

**ISSUED THIS**
**20TH DAY OF FEBRUARY, 2026**

JOHN F. WARREN, COUNTY CLERK
BY: SONYA HARRIS, DEPUTY

Attorney for Plaintiff

EVAN LANE SHAW
LAW OFFICES OF VAN SHAW
2723 FAIRMOUNT ST
DALLAS TX 75201-1912
214-754-7110

NO OFFICER'S FEES HAVE BEEN COLLECTED BY DALLAS COUNTY CLERK

# OFFICER'S RETURN

CC-26-01452-B County Court at Law No. 2

RACHEL BETH POLKA vs. MICHAEL SHANE SWANSON

**ADDRESS FOR SERVICE:**
SERVE THROUGH THE SECRETARY OF STATE
STATE OF TEXAS AUSTIN TEXAS
CITATION UNIT
P O BOX 12079
AUSTIN TX 78711-2079

50 S 6TH ST., SUITE 2600
MINNEAPOLIS MN 55042

**Fees:**

Came to hand on the _____day of ______________, 20________, at _____o'clock _____.m., and executed in _____________ County, Texas by delivering to MICHAEL SHANE SWANSON in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |
| | | |

And not executed as to the defendant(s), ____________________________________________

The diligence used in finding said defendant(s) being:

____________________________________________

and the cause or failure to execute this process is:

____________________________________________

and the information received as to the whereabouts of said defendant(s) being:

____________________________________________

Serving Petition and Copy $_________ ________________________________, Officer

Total $_________ __________________________, County, Texas

By:______________________________, Deputy

________________________________, Affiant