# EXHIBIT G

**JUDGE MELISSA J. BELLAN**
COUNTY COURT AT LAW NO. 2
GEORGE L. ALLEN SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 555
DALLAS, TEXAS 75202
214-653-7365

February 25, 2026

EVAN LANE SHAW
LAW OFFICES OF VAN SHAW
2723 FAIRMOUNT ST
DALLAS TX 75201-1912

Re: Cause No. CC-26-01452-B

RACHEL BETH POLKA vs. MICHAEL SHANE SWANSON

**NOTICE PURSUANT TO TRCP 165a**

Pursuant to Rule 165a of the Texas Rules of Civil Procedure, the above case is set for dismissal on **08/12/2026 at 9:00 a.m.**

**If an answer has not been filed by the requisite appearance date, it will be expected that you will have moved for a default judgment seven (7) days before the above-referenced dismissal date**. Your failure to do so may result in dismissal of the case.

If you are unable to obtain service of process by the above-referenced dismissal date, you must notify the court and request an extension.

If an answer has been filed, a trial date will be set and you will be notified via mail.

If you have any questions regarding this notice, contact the court coordinator at the number listed above.

**THIS DOES NOT REQUIRE AN APPEARANCE.**

Sincerely,

Melissa Bellan
Judge Presiding