# EXHIBIT H

FILED
3/2/2026 10:27 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# AFFIDAVIT OF SERVICE

| Case: CC-26-01452-B | Court: IN THE COUNTY COURT AT LAW NO. 2 OF DALLAS COUNTY, TEXAS | County: DALLAS COUNTY, TEXAS | Job: 15264773 |
|---|---|---|---|
| Plaintiff / Petitioner: RACHEL BETH POLKA | | Defendant / Respondent: MICHAEL SHANE SWANSON | |
| Received by: ABC PROCESS SERVICE | | For: LAW OFFICES OF VAN SHAW | |
| To be served upon: MICHAEL SHANE SWANSON SERVE THROUGH THE TEXAS SECRETARY OF STATE | | | |

I, WILLIAM T. HOAGLAND, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Minerva Barnhart, Authorized to Accept Service for THE TEXAS SECRETARY OF STATE as Registered Agent for MICHAEL SHANE SWANSON SERVE THROUGH THE TEXAS SECRETARY OF STATE, 400 West 15th Street, Austin, TX 78701

**Manner of Service:** Authorized, Feb 27, 2026, 1:00 pm CST

**Documents:** CITATION (Received Feb 20, 2026 at 2:01pm CST), PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND (Received Feb 20, 2026 at 2:01pm CST)

**Additional Comments:**
1) Successful Attempt: Feb 27, 2026, 1:00 pm CST at 400 West 15th Street, Austin, TX 78701 received by Minerva Barnhart, Authorized to Accept Service for THE TEXAS SECRETARY OF STATE as Registered Agent for MICHAEL SHANE SWANSON SERVE THROUGH THE TEXAS SECRETARY OF STATE.

My name is WILLIAM T. HOAGLAND, my date of birth is 02/02/1955, and my address is 1260 Verna Brooks Way, Kyle, TX 78640, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in HAYS County, State of TEXAS, on February 27, 2026.

William T. Hoagland (signature) 02/27/2026
WILLIAM T. HOAGLAND Date
PSC-6549; EXP 06/30/2027

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

# THE STATE OF TEXAS
# CITATION

CAUSE NO. **CC-26-01452-B**
County Court at Law No. 2
Dallas County, Texas

**TO:**

**MICHAEL SHANE SWANSON**
**SERVE THROUGH THE SECRETARY OF STATE**
**STATE OF TEXAS AUSTIN TEXAS**
**CITATION UNIT**
**P O BOX 12079**
**AUSTIN TX 78711-2079**

**MICHAEL SHANE SWANSON**
**50 S 6TH ST., SUITE 2600**
**MINNEAPOLIS MN 55042**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**RACHEL BETH POLKA**
***Plaintiff(s)***
**VS.**

**MICHAEL SHANE SWANSON**
***Defendant(s)***

filed in said Court on the 19th day of February, 2026, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 20th day of February, 2026 A.D.

JOHN F. WARREN, Dallas County Clerk

By Sonya Harris, Deputy
Sonya Harris

COUNTY COURT OF DALLAS COUNTY, TEXAS

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**

**CC-26-01452-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

RACHEL BETH POLKA, ***Plaintiff(s)***

**VS.**

MICHAEL SHANE SWANSON,
***Defendant(s)***

**SERVE:**
**MICHAEL SHANE SWANSON**
**SERVE THROUGH THE SECRETARY OF STATE**
**STATE OF TEXAS AUSTIN TEXAS**
**CITATION UNIT**
**P O BOX 12079**
**AUSTIN TX 78711-2079**

**MICHAEL SHANE SWANSON**
**50 S 6TH ST., SUITE 2600**
**MINNEAPOLIS MN 55042**

**ISSUED THIS**
**20TH DAY OF FEBRUARY, 2026**

JOHN F. WARREN, COUNTY CLERK
BY: SONYA HARRIS, DEPUTY

Attorney for Plaintiff

EVAN LANE SHAW
LAW OFFICES OF VAN SHAW
2723 FAIRMOUNT ST
DALLAS TX 75201-1912
214-754-7110

**NO OFFICER'S FEES HAVE BEEN COLLECTED BY DALLAS COUNTY CLERK**

## OFFICER'S RETURN

CC-26-01452-B County Court at Law No. 2

RACHEL BETH POLKA vs. MICHAEL SHANE SWANSON

**ADDRESS FOR SERVICE:**
SERVE THROUGH THE SECRETARY OF STATE
STATE OF TEXAS AUSTIN TEXAS
CITATION UNIT
P O BOX 12079
AUSTIN TX 78711-2079

50 S 6TH ST., SUITE 2600
MINNEAPOLIS MN 55042

**Fees:**

Came to hand on the _____day of _____________, 20________, at _____o'clock _____.m., and executed in _____________ County, Texas by delivering to MICHAEL SHANE SWANSON in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |
| | | |

And not executed as to the defendant(s), ______________________________________________

The diligence used in finding said defendant(s) being:

______________________________________________

and the cause or failure to execute this process is:

______________________________________________

and the information received as to the whereabouts of said defendant(s) being:

______________________________________________

Serving Petition and Copy $________ ______________________________, Officer

Total $________ ______________________________, County, Texas

By:______________________________, Deputy

______________________________, Affiant

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 111866656
Filing Code Description: Ody - Return Of Service
Filing Description: MICHAEL SHANE SWANSON
Status as of 3/3/2026 3:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Evan Shaw | 18140500 | van@shawlaw.net | 3/2/2026 10:27:41 AM | SENT |
| Beau Powell | | beau@shawlaw.net | 3/2/2026 10:27:41 AM | SENT |
| David Welch | | david@shawlaw.net | 3/2/2026 10:27:41 AM | SENT |
| Leticia Botello | | leticia@shawlaw.net | 3/2/2026 10:27:41 AM | SENT |
| Rae Diaz | | RAEANNA@SHAWLAW.NET | 3/2/2026 10:27:41 AM | SENT |
| APRIL SUMNER | | APRIL@SHAWLAW.NET | 3/2/2026 10:27:41 AM | SENT |