**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**MICHAEL SHANE SWANSON,**<br><br>**DEFENDANT.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. __________** |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Michael Shane Swanson, provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Plaintiff Rachel Beth Poka, a citizen of the State of Texas

Defendant Michael Shane Swanson, a citizen of the State of Minnesota

Dated: March 23, 2026

Respectfully submitted,

**STINSON LLP**

*<u>/s/ Michael Aigen</u>*
Michael Aigen
State Bar No. 24012196
Matt Miller
State Bar No. 24013165
Steven Ovando
State Bar No. 24128862
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2226
Telecopier: (214) 560-2203

**ATTORNEY FOR DEFENDANT MICHAEL SHANE SWANSON**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties of record via through the Courts ECF filing system on March 23, 2026.

*/s/ Michael Aigen*
Michael Aigen