IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:26-CV-0923-K |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rules 3.1(c) and 81.2 of the Local Civil Rules of the United States District Court for the Northern District of Texas ("Local Rules"), Plaintiff Rachel Beth Polka (hereinafter referred to as "Plaintiff") provides this *Plaintiff's Certificate of Interested Persons* and would show unto the Court the following:

1. Fed. R. Civ. P. 7.1(a): For a nongovernmental corporate party, identify any parent corporation and any publicly held corporation owning 10% or more of its stock: Not Applicable.

2. Local Rule 3.1(c): A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    a. Rachel Beth Polka, Plaintiff in the above-styled suit.

b. Michael Shane Swanson, Defendant in the above-styled suit.

c. Evan Lane (Van) Shaw, David J. Welch and Jeremy B. (Beau) Powell, SHAW WELCH POWELL, Attorneys for Plaintiff.

d. Michael Aigen, Matt Miller and Steven Ovando, Stinson LLP, Attorneys for Defendant Michael Shane Swanson.

Respectfully submitted,

*/s/ Beau Powell*

EVAN LANE (VAN) SHAW
State Bar No. 18140500
DAVID J. WELCH
State Bar No. 24098593
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
david@shawlaw.net
beau@shawlaw.net

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 24th day of March 2026.

*/s/ Beau Powell*
Jeremy B. (Beau) Powell