IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO. 3:26-cv-00923-K |
| *v*. | § | |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| *Defendant*. | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:

Please take notice that the undersigned counsel, who are admitted to practice in this Court, hereby appear as counsel of record on behalf of defendant Michael Shane Swanson ("Swanson"). Swanson respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to undersigned counsel.

Respectfully submitted,

*/s/ George M. Kryder*

George M. Kryder
State Bar No. 11742900
gkryder@velaw.com
Jeremy M. Reichman
State Bar No. 24083722
jreichman@velaw.com
Michael C. Lee
State Bar No. 24109461
mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Defendant Michael Shane Swanson*

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2026, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ Jeremy M. Reichman*

Jeremy M. Reichman