IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO. 3:26-cv-00923-K |
| *v*. | § | |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| *Defendant*. | § | |

**UNOPPOSED MOTION OF DEFENDANT MICHAEL SHANE SWANSON FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REMOVED PETITION**

TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:

Defendant Michael Shane Swanson ("Swanson") respectfully moves to extend through and including April 29, 2026, the deadline to answer, move, or otherwise respond to Plaintiff's Original Petition And Jury Demand (the "State Court Petition") filed February 19, 2026 in the Dallas County Court at Law No. 2, which was timely removed to this Court on March 23, 2026 under 28 U.S.C.§ 1446(b). *See* ECF Dkt. No. 1 (the "Notice of Removal").

An affidavit of service attached to the Notice of Removal states that Swanson was served with process through the Texas Secretary of State on February 27, 2026. However, Swanson did not actually receive notice of this dispute or a copy of the summons until March 19, 2026. Four days after receiving notice of the State Court Petition, Swanson, through attorneys at his law firm, Stinson LLP, removed the case to this Court based on diversity jurisdiction under 28 U.S.C. § 1332. *See* ECF Dkt. No. 1. Swanson retained the undersigned outside counsel after the case was removed. Swanson's current deadline to answer, move, or otherwise respond to the State Court

Petition appears to be March 30, 2026 (seven days after removal from the state court).[1]

Based on Swanson recently learning of the suit, his retention of the undersigned counsel within the last week, and the complexity of the matters, Swanson respectfully seeks this extension, which Plaintiff does not oppose.

Accordingly, Swanson respectfully requests that the Court extend his deadline to answer, move, or otherwise respond to Plaintiff's State Court Petition through and including April 29, 2026.

Respectfully submitted,

*/s/ George M. Kryder*

George M. Kryder
State Bar No. 11742900
gkryder@velaw.com
Jeremy M. Reichman
State Bar No. 24083722
jreichman@velaw.com
Michael C. Lee
State Bar No. 24109461
mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Defendant Michael Shane Swanson*

## CERTIFICATE OF CONFERENCE

Under LR 7.1(a), I conferred with counsel for Plaintiff, Evan Lane (Van) Shaw, who does not oppose the relief requested.

*/s/ Jeremy M. Reichman*
Jeremy M. Reichman

[1] *See* FED. R. CIV. P. 81(c) ("A defendant who did not answer before removal must answer or present other defenses or objections under these rules . . . 7 days after the notice of removal is filed.").

## CERTIFICATE OF SERVICE

I certify that on March 25, 2026, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ Jeremy M. Reichman*
Jeremy M. Reichman