**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:26-CV-0923-K |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE FOR PLAINTIFF

Please take notice that Attorney Daniel Hagood enters an appearance as additional counsel representing Plaintiff RACHEL BETH POLKA. Van Shaw will remain attorney of record for Plaintiff.

Respectfully submitted,

EVAN LANE (VAN) SHAW
State Bar No. 18140500
DAVID J. WELCH
State Bar No. 24098593
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754 -7110
FAX NO. (214) 754-7115
van@shawlaw.net
david@shawlaw.net
beau@shawlaw.net

/s/ Daniel K. Hagood
DANIEL K. HAGOOD, P. C.
3710 Rawlins St
Suite 1600
Dallas, Texas 75219
State Bar No. 08698300
(214)741-2662
dhagood@mccathernlaw.com
Shaw, Welch & Powell
Of Counsel

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 16 day of April 2026.

DAVID JAMES WELCH

**SERVICE LIST**
**POLKA V. SHANE SWANSON**


Mr. Matthew Miller
ATTORNEY AT LAW
2200 Ross Avenue, Suite 2900
Dallas, Texas

FAX (214-560-2203)
= PH 214-560-2243 =
matt.miller@stinson.com
DAL.LSSTeam2@stinson.com
michael.aigen@stinson.com
patricia.tomasky@stinson.com
steven.ovando@stinson.com

Mr. Jeremy Michael Reichman
ATTORNEY AT LAW
2100 Ross Avenue, Suite 3900
Dallas, Texas

FAX (214-999-7770)
= PH 214-220-7872 =
jreichman@velaw.com
gkryder@velaw.com

Mr. George Kryder
ATTORNEY AT LAW
2100 Ross Avenue, Suite 3900
Dallas, Texas

FAX (214-999-7770)
= PH 214-220-7872 =
gkryder@velaw.com

Mr. Michael Lee
ATTORNEY AT LAW
2100 Ross Avenue, Suite 3900
Dallas, Texas

FAX (214-999-7770)
= PH 214-220-7700 =
mlee@velaw.com


***Attorneys for Defendant SHANE SWANSON***