IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO. 3:26-cv-00923-K |
| *v.* | § | |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| *Defendant.* | § | |

**MICHAEL SHANE SWANSON'S**
**MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:

Michael Shane Swanson ("Swanson") files this Motion to Dismiss Plaintiff's Original Petition (ECF Dkt. No. 1-6) filed February 19, 2026 in Dallas County Court at Law No. 2, which was timely removed to this Court on March 23, 2026 under 28 U.S.C. § 1446(b) (*see* ECF Dkt. No. 1), and respectfully requests that the Court dismiss all of Plaintiff's claims with prejudice under FED. R. CIV. P. 12(b)(6) for the following reasons:

1. Plaintiff's conclusory breach-of-fiduciary-duty allegations fail to satisfy Federal Court pleading standards;

2. The Trust Agreement exculpates Swanson from liability for Plaintiff's purported breach-of-fiduciary-duty claim; and

3. Plaintiff is not entitled to an accounting under Texas law. Regardless, Plaintiff's demand is procedurally improper.

Swanson is contemporaneously filing: (1) Michael Shane Swanson's Brief Supporting Motion to Dismiss Plaintiff's Original Petition (the "Brief"), which contains the Court-required statement of facts and legal arguments; and (2) Appendix Supporting Michael Shane Swanson's Motion to Dismiss Plaintiff's Original Petition and Supporting Brief, which contains documents

referred to in the Brief and of which the Court should consider in deciding the Motion for the reasons explained in the Brief.

For the reasons set forth herein and in the Brief, Swanson respectfully requests that the Court dismiss all of Plaintiff's claims with prejudice and award any and all additional relief, at law or in equity, to which Swanson is justly entitled.

Respectfully submitted,

*/s/ George M. Kryder*

George M. Kryder
State Bar No. 11742900
gkryder@velaw.com
Jeremy M. Reichman
State Bar No. 24083722
jreichman@velaw.com
Michael C. Lee
State Bar No. 24109461
mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700
Fax: (214) 220-7716

*Attorneys for Defendant*
*Michael Shane Swanson*

**CERTIFICATE OF SERVICE**

I certify that all current counsel of record have been served with a copy of the foregoing document through the Court's CM/ECF system according to Local Civil Rule 5.1 on April 29, 2026.

*/s/ Jeremy M. Reichman*

Jeremy M. Reichman