IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS DALLAS
DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:26-CV-0923-K |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| Defendant. | § | |

## JOINT DESIGNATION OF MEDIATOR

Pursuant to the Court's *Scheduling Order*, Plaintiff and Defendant jointly designate the following as mediator in this action:

Mediator Robert Jenevein
WADDELL, SERAFINO, GEARY, RECHNER JENEVEIN PC
1717 Main Street, 25th Floor
Dallas, Texas 75201
214/979-7400

Respectfully submitted,

EVAN LANE (VAN) SHAW
State Bar No. 18140500
DAVID J. WELCH
State Bar No. 24098593
MARLENA M. GUTIERREZ
State Bar No. 24105267
SHAW & WELCH
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
david@shawlaw.net
marlena@shawlaw.net

ATTORNEYS FOR PLAINTIFF
RACHEL BETH POLKA

*/s/ Jeremy M. Reichman w/permission*

George M. Kryder
State Bar No. 11742900
Jeremy M. Reichman
State Bar No. 24083722
Michael C. Lee
State Bar No. 24109461
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
(214) 220-7700
FAX NO. (214) 220-7716
gkryder@velaw.com
jreichman@velaw.com
mlee@velaw.com

ATTORNEYS FOR DEFENDANT
MICHAEL SHANE SWANSON