**IN THE UNITED STATES DISTRICT**
**COURT FOR THE NORTHERN**
**DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** | **§** | |
| | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | **Civil No. 3:26-CV-0923-K** |
| | **§** | |
| **MICHAEL SHANE SWANSON** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

**STINSON LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

---

COMES NOW Michael P. Aigen, Matt Miller, and Steven Ovando of Stinson LLP ("Counsel"), attorneys of record for Michael Shane Swanson ("Defendant") in the above-captioned matter, and respectfully move this Court for leave to withdraw as counsel of record for Defendant. In support of this Motion, Counsel states as follows:

## I. Background

**1.** Michael P. Aigen, Matt Miller, and Steven Ovando of Stinson LLP are counsel for Defendant in the above-captioned proceeding.

**2.** Defendant has obtained other counsel to represent them and that counsel has entered an appearance in this matter. Therefore, Messrs. Aigen, Miller, and Ovando seek leave of this Court to withdraw as attorneys of record for Defendant.

## II.
## Grounds for Withdrawal

**3.** Good cause exists for Stinson LLP and Messrs. Aigen, Miller, and Ovando's withdrawal from this matter. Defendant is represented by Jeremy Reichman of the law firm of Vinson & Elkins LLP. Withdrawal can be accomplished without undue delay of the proceedings and will not cause undue prejudice to any party or Defendant.

## III.
## Requirements of TEXAS RULE OF CIVIL PROCEDURE 10

**4.** Counsel states as follows:

a. Successor counsel for Defendant is Jeremy Michael Reichman, Vinson & Elkins, Trammell Crow Center, 2001 Ross Avenue, Suite 3900, Dallas, Texas 75201, State Bar No. 24083722; jreichman@velaw.com, who has already entered an appearance in this matter;

b. Mr. Reichman approves his substitution and the withdrawal of Stinson LLP and Messrs. Aigen, Miller, and Ovando;

c. Defendant consents to the withdrawal of Stinson LLP and Messrs. Aigen, Miller, and Ovando;

d. Plaintiff's counsel is unopposed to the withdrawal of Stinson LLP and Messrs. Aigen, Miller, and Ovando; and

d. The withdrawal is not sought for delay only.

## IV.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Counsel respectfully requests that this Court grant this Motion and enter an order permitting Michael P. Aigen, Matt Miller, and Steven Ovando of Stinson LLP to withdraw as counsel of record for Defendant in this matter, directing the Clerk of Court to remove Messrs. Aigen, Miller, and Ovando from the service

lists associated with this case, and for such other and further relief, general or special, at law or in equity, to which Counsel or Defendant may be justly entitled.

Dated: July 6, 2026

Respectfully submitted,
**STINSON LLP**

By:*/s/Michael P. Aigen*

Matthew R. Miller
State Bar No. 24013165
matt.miller@stinson.com
Michael P. Aigen
State Bar No. 24012196
Michael.aigen@stinson.com
Steven Ovando
State Bar No.

2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Telecopier: (214) 560-2203

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiff on the issues raised in this motion and he indicated that Plaintiff is unopposed to the relief sought herein.

*/s/Michael P. Aigen*
Michael P. Aigen

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document was served on all counsel of record on July 6, 2026.

*/s/Michael P. Aigen*
Michael P. Aigen