**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** | **§** | |
| | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | **Civil No. 3:26-CV-0923-K** |
| | **§** | |
| **MICHAEL SHANE SWANSON** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

**PROPOSED ORDER GRANTING STINSON'S LLP MOTION TO WITHDRAW AS COUNSEL**

---

## PROPOSED ORDER

On this the _____ day of __________________, 2026, came on to be considered the Motion to Withdraw as Counsel filed by Michael P. Aigen, Matt Miller, and Steven Ovando of Stinson LLP. The Court, having considered the Motion, finds that good cause exists for withdrawal and that withdrawal will not cause undue delay or prejudice to any party.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel is GRANTED, and Michael P. Aigen, Matt Miller, and Steven Ovando of Stinson LLP are hereby withdrawn as counsel of record for Defendant in this matter.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Michael P. Aigen, Matt Miller, and Steven Ovando from the service list associated with this matter.

______________________________
JUDGE PRESIDING