**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Action No. 3:26-cv-00923-K** |
| **VS.** | § | |
| | § | |
| **MICHAEL SHANE SWANSON,** | § | |
| ***Defendant.*** | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Plaintiff Rachel Beth Polka gives notice that Landon J. Francois of WRIGHT CLOSE BARGER & GUZMAN, LLP, 700 Louisiana Street, Suite 3000, Houston, Texas 77002, will appear as additional appellate counsel for Plaintiff in this matter. Mr. Francois is admitted to practice in the United States District Court for the Northern District of Texas. Plaintiff has approved the appearance of additional appellate counsel and requests that all filings and notices in this case should be copied on the above counsel, as well as current counsel of record for Plaintiff.

This notice of appearance complies with LR 83.10 because Plaintiff is represented by lead counsel Evan L. Van Shaw, who resides or maintains a principal office within 50 miles of the courthouse in the division in which this case is pending. *See* LR 83.10(a).

*/s/ Landon J. Francois*
Landon J. Francois
State Bar No. 24032706
Fed. No. 3811111
WRIGHT CLOSE BARGER & GUZMAN, LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
(713) 572-4321
(713) 572-4320 (fax)
francois@wcbglaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I do hereby certify that on July 16, 2026, a true and correct copy of the above and foregoing document has been served via email pursuant to the Federal Rules of Civil Procedure to all counsel of record.

*/s/ Landon J. Francois*
Landon J. Francois