IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO. 3:26-cv-00923-K |
| *v*. | § | |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| *Defendant*. | § | |

**UNOPPOSED MOTION OF DEFENDANT MICHAEL SHANE SWANSON FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:

Defendant Michael Shane Swanson ("Swanson" or "Defendant") respectfully moves to extend through and including August 17, 2026, the deadline to answer, move, or otherwise respond to Plaintiff's Amended Complaint And Jury Demand (the "Amended Complaint") filed July 16, 2026. *See* ECF Dkt. No. 30.

Plaintiff Rachel Beth Polka ("Polka" or "Plaintiff") filed this action on February 19, 2026 in the Dallas County Court at Law No. 2, and the case was timely removed to this Court on March 23, 2026 under 28 U.S.C.§ 1446(b). See ECF Dkt. No. 1 (the "Notice of Removal"). On June 18, 2026, the Court granted Plaintiff leave to amend her complaint. *See* ECF Dkt. No. 25. Plaintiff filed her Amended Complaint on July 16, 2026.

Under FED. R. CIV. P. 15(a)(3), Defendant's current deadline to answer, move, or otherwise respond to the Amended Complaint is July 30, 2026. On July 20, 2026, Defendant's counsel requested to extend the July 30, 2026 response deadline through and including August 17, 2026. Plaintiff's counsel confirmed that Plaintiff is unopposed to the requested extension.

Good cause exists under FED. R. CIV. P. 6(b)(1)(A) because of Defendant's counsel's other

professional obligations for other clients in other matters in the coming weeks and the complexity of this matter. A short, defined extension, will provide sufficient time to allow Defendant to properly answer, move, or otherwise respond to the Amended Complaint. This request is not made for the purpose of delay, but so justice may be done.

Accordingly, Swanson respectfully requests that the Court extend his deadline to answer, move, or otherwise respond to the Amended Complaint through and including August 17, 2026.

Respectfully submitted,

*/s/ George M. Kryder*

George M. Kryder
State Bar No. 11742900
gkryder@velaw.com
Jeremy M. Reichman
State Bar No. 24083722
jreichman@velaw.com
Michael C. Lee
State Bar No. 24109461
mlee@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Defendant Michael Shane Swanson*

## CERTIFICATE OF CONFERENCE

Under LR 7.1(a), I conferred with counsel for Plaintiff, Landon J. Francois, who does not oppose the relief requested.

*/s/ Jeremy M. Reichman*
Jeremy M. Reichman

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ Jeremy M. Reichman*
Jeremy M. Reichman