IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO. 3:26-cv-00923-K |
| *v*. | § | |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT MICHAEL SHANE SWANSON FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

The Court, having considered the Unopposed Motion of Defendant Michael Shane Swanson for Extension of Time to Respond to Plaintiff's Amended Complaint, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant Michael Shane Swanson to answer, move, or otherwise respond to Plaintiff's Amended Complaint is extended through and including August 17, 2026.

Signed on ________________, at Dallas, Texas.

________________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE