IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RACHEL BETH POLKA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO. 3:26-cv-00923-K |
| *v.* | § | |
| | § | |
| MICHAEL SHANE SWANSON, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING MICHAEL SHANE SWANSON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Before the Court is Defendant Michael Shane Swanson's ("Swanson") Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). Having considered the Motion, the related briefing, the pleadings on file, and the applicable law, the Court hereby ORDERS that the Motion is GRANTED. All claims against Swanson are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this ______ day of ________________, _______.

______________________________
UNITED STATES DISTRICT JUDGE