**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** *Plaintiff,* | § § | |
| | § | **Civil Action No. 3:26-cv-00923-K** |
| **VS.** | § § | |
| **MICHAEL SHANE SWANSON,** *Defendant.* | § § | |

**UNOPPOSED MOTION OF PLAINTIFF RACHEL BETH POLKA FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SWANSON'S MOTION TO DISMISS**

Plaintiff Rachel Beth Polka ("Polka" or "Plaintiff") respectfully moves to extend through and including September 23, 2026, the deadline to respond to Defendant Swanson's Motion to Dismiss Plaintiff's First Amended Complaint filed August 17, 2026. *See* ECF Dkt. No. 33.

Plaintiff Polka filed her Amended Complaint on July 16, 2026. *See* ECF Dkt. No. 30. Subsequently, the Court extended Defendant Swanson's deadline to answer, move, or otherwise respond to the Amended Complaint from July 30, 2026, to August 17, 2026. *See* ECF Dkt. No. 32. On August 17, 2026, Defendant Swanson filed his Motion to Dismiss Plaintiff's First Amended Complaint. *See* ECF Dkt. No. 33. Pursuant to LR 7.1(e) and Fed. R. Civ. P. 6(a)(C), Polka's current deadline to respond to the Motion to Dismiss is September 8, 2026. On September 3, 2026, Plaintiff's counsel requested to extend this September 8, 2026, deadline through and including September 23, 2026. Counsel for Defendant Swanson confirmed that Defendant does not oppose the requested extension.

Good cause for a short extension exists under Fed. R. Civ. P. 6(b)(1)(A) because of Plaintiff's counsel's other commitments and professional obligations in other matters. A short extension will provide sufficient time for Plaintiff to draft a complete response which best presents the relevant arguments to the Court. This request is not made for the purpose of delay, but so justice may be done.

Accordingly, Plaintiff Polka respectfully requests that the Court extend the 21-day deadline to respond to Defendant Swanson's motion to dismiss until September 23, 2026.

Respectfully submitted,

*/s/ Landon J. Francois*
Landon J. Francois
State Bar No. 24032706
WRIGHT CLOSE BARGER & GUZMAN, LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
(713) 572-4321
(713) 572-4320 (fax)
francois@wcbglaw.com

*/s/ Evan L. Van Shaw*
EVAN LANE (VAN) SHAW
State Bar No. 18140500
DAVID J. WELCH
State Bar No. 24098593
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
david@shawlaw.net
beau@shawlaw.net
april@shawlaw.net
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF CONFERENCE

Pursuant to LR 7.1(a), I certify that I conferred with Jeremy Reichman, counsel for Defendant Swanson, who does not oppose the requested relief.

*/s/ Landon J. Francois*
Landon J. Francois

## CERTIFICATE OF SERVICE

I certify that on September 3, 2026, a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's CM/ECF e-filing system.

*/s/ Landon J. Francois*
Landon J. Francois