**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RACHEL BETH POLKA,** | § | |
| ***Plaintiff*,** | § | |
| | § | **Civil Action No. 3:26-cv-00923-K** |
| **VS.** | § | |
| | § | |
| **MICHAEL SHANE SWANSON,** | § | |
| ***Defendant*.** | § | |

**<u>ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF RACHEL BETH POLKA FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SWANSON'S MOTION TO DISMISS</u>**

The Court, having considered the Unopposed Motion of Plaintiff for Extension of Time to Respond to Defendant Swanson's Motion to Dismiss, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the deadline for Plaintiff Polka to file a response to Defendant Swanson's Motion to Dismiss is extended through and including September 23, 2026.

Signed: _________________

__________________________________
Hon. Ed Kinkeade
United States District Judge